UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jonathan Barrett,                        Case No. 1:19-cv-1472

        Petitioner

    v.                                   MEMORANDUM OPINION
                                        AND ORDER

Warden Keith J. Foley,

        Respondent

Before me is the Report and Recommendation ("R & R") of Magistrate Judge William H. Baughman, Jr. filed on March 29, 2021. (Doc. No. 6). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Baughman's R & R, I adopt it in its entirety as the Order of the Court. Because Petitioner's § 2254 habeas petition is untimely and cannot be saved by either statutory or equitable tolling, Respondent's motion to dismiss is granted. (Doc. No. 5).

So Ordered.

                                                            s/ Jeffrey J. Helmick
                                                            United States District Judge